[Print this page](#)

# Envelope 3825907

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/20/2015 12:53:02 PM |
| Case Number | |
| Case Description | |
| Assigned to Judge | |
| Attorney | Thomas Morgan |
| Firm Name | Law Office of Thomas Morgan |
| Filed By | Mandy Choat |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Laverne Morgan |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 6300656 |
| Order # | 003825907-0 |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Petition for Discretionary Review |
| Reference Number | Hector Gonzalez |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
|---|---|---|
| Other | 01/22/2015 03:13:31 PM | The petition for discretionary review does not contain a certification in compliance with T.R.A.P. 9.4(i)(3). It indicates that the petition contains 5119 words wich exceeds the required 4500 words. The petition for discretionary review does not contain the identity of Judge, Parties and Counsel [Rule 68.4(a)]. Appellant's petition has a due date of January 30, 2015. |

## Documents

| *Lead Document* | Hector Gonzalez. PDR.pdf | [Original] |
|---|---|---|